DUNWOODIE MCDUFFIE, JR. AND
CHERYL MCDUFFIE

VERSUS

STATE FARM MUTUAL AUTOMOBILE
COMPANY, JACOB A. MULLINS, HEIDI
KING AND LIEREN GROS

NO. 19-CA-344

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

January 13, 2020

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Robert A. Chaisson, and John J. Molaison, Jr.

**REHEARING DENIED.**

**RAC**
**FHW**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/13/2020** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**19-CA-344**

### E-NOTIFIED

Wayne M. LeBlanc (Appellant)          Stephannie M. England (Appellee)

### MAILED

Stephen C. Resor (Appellee)
Amy Dunn Hotard (Appellee)
Marcelle P. Mouledoux (Appellee)
Attorneys at Law
365 Canal Street
Suite 1710
New Orleans, LA 70130